IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CHRISTIN P. PEARSON, on his own and on behalf of his minor child, CORBAN PEARSON; and LISA PEARSON, on her own and on behalf of her minor child CORBAN PEARSON,

Plaintiffs,

v.

COMMUNITY UNIT SCHOOL DISTRICT 303, ANTOINETTE L. GREEN, PAM KARNICK, TERRY PRIMDAHL and UNITED SEATING AND MOBILITY, L.L.C., a Missouri limited liability company, d/b/a NUMOTION,

Defendants.

COMMUNITY UNIT SCHOOL DISTRICT 303 and TERRY PRIMDAHL,

Third-Party Plaintiffs,

v.

UNITED SEATING AND MOBILITY, L.L.C., a Missouri limited liability company, d/b/a/ NUMOTION,

Third-Party Defendant.

Case No. 20-cv-5096

Honorable John Robert Blakey

**_UNOPPOSED_ DEFENDANT ANTOINETTE L. GREEN'S MOTION FOR EXTENSION OF TIME TO FILE HER RESPONSE TO PLAINTIFFS' MOTION TO STRIKE AND MOTION FOR SUMMARY JUDGMENT**

NOW COME, Defendant/Third-Party Plaintiff, ANTOINETTE L. GREEN, by and through her attorneys, HINSHAW & CULBERTSON LLP, and for her Motion for Extension of Time to File Her Response to Plaintiffs' Motion to Strike (Dkt. No. 187) and Motion for Summary Judgment (Dkt. No. 197), states as follows:

1. On December 3, 2024, this Court ordered responses to motions for summary judgment due on February 24, 2025. *See* December 3, 2024, Court Order, Dkt. No. 181. On

February 4, 2025, this Court ordered the parties to brief Plaintiffs' motions to strike on the same schedule as the summary judgment motions. *See* February 4, 2025, Court Order, Dkt. No. 209.

2. Given significant deadlines next week in other cases, including a response to an appeal before the Office of Administrative Law Judges in *Conway v. City of Chicago*, ARB Case No. 2025-0025, and a response to a motion for preliminary injunction before the Southern District of Illinois in *Monroe et al v. Rauner et al*, 3:18-cv-00156-NJR, Defendant Green requires additional time to draft and conduct necessary response in support of her response to Plaintiffs' Motion to Strike (Dkt. No. 187) and Motion for Summary Judgment (Dkt. No. 197).

3. Accordingly, Defendant Green requests an additional eight (8) days, up to and including March 4, 2025, to file her responses to Plaintiffs' Motion to Strike (Dkt. No. 187) and Motion for Summary Judgment (Dkt. No. 197).

4. This motion is brought in good faith and is not being made for any improper purpose or undue delay.

5. Plaintiffs do not object to this motion.

WHEREFORE, Defendant Green prays this Court grants her Motion for Extension of Time to File Her Response to Plaintiffs' Motion to Strike (Dkt. No. 187) and Motion for Summary Judgment (Dkt. No. 197), and grant her an additional eight (8) days, up to and including March 4, 2025, to file her responses.

Dated: February 20, 2025

Respectfully submitted,

ANTOINETTE L. GREEN

/s/ *Vincent M. Rizzo*
Vincent M. Rizzo
Attorney for Antoinette Green

Vincent M. Rizzo
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
P: 312-704-3000
vrizzo@hinshawlaw.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on February 20, 2025, I electronically filed the foregoing DEFENDANT ANTOINETTE L. GREEN'S MOTION FOR EXTENSION with the Clerk of the U.S. District Court using the Court's CM/ECF system, which will accomplish service electronically on all counsel of record.

*/s/ Vincent Rizzo*
Vincent Rizzo