IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIN P. PEARSON, individually and as Guardian of the Estate of CORBAN PEARSON; and LISA A. PEARSON, individually and as co-Guardian of the Estate of CORBAN PEARSON, <br><br> Plaintiffs, <br><br> v. <br><br> COMMUNITY UNIT SCHOOL DISTRICT 303, ANTOINETTE L. GREEN, PAM KARNICK, TERRY PRIMDAHL, and UNITED SEATING AND MOBILITY, L.L.C., a Missouri limited liability company, d/b/a NUMOTION <br><br> Defendants. <br><br> COMMUNITY UNIT SCHOOL DISTRICT 303 and TERRY PRIMDAHL, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> UNITED SEATING AND MOBILITY, L.L.C., a Missouri limited liability company, d/b/a NUMOTION, <br><br> Third-Party Defendant | CASE NO. 1:20-CV-05096 <br><br> Honorable John Robert Blakey |

**PLAINTIFFS' MOTION FOR AN EXPEDITED TRIAL**

NOW COME Plaintiffs, Christin P. Pearson and Lisa Pearson, individually and as the Guardians of Corban Pearson, and for their Motion for an Expedited Trial, state as follows:

1. This lawsuit arises from an occurrence on <u>August 14, 2019</u>, in which 13-year-old Corban Pearson, who suffers from Duchenne Muscular Dystrophy and autism, was injured when

his wheelchair tipped forward and landed on him while he was being transported home on a school bus following the first day at school.

2. On July 24, 2020, this case was filed in Kane County, Illinois.

3. On August 28, 2020, this case was removed to the Northern District of Illinois by the School District Defendants (Community Unit School District 303, Antoinette L. Green, Pam Karnick, and Terry Primdahl). (Doc. 1).

4. Corban Pearson is now a nineteen-year-old (19) individual and his parents have been duly appointed as his guardians.

5. This matter has been in the process of prolonged litigation for over a period of over five (5) years, partly due to numerous delays in the proceedings by the defendants.

6. Most recently, the School District Defendants unilaterally cancelled a scheduled mediation that caused a three-month delay.

7. Further, it appears that the School District Defendants' agreement to attend the mediation at all was merely another stalling tactic as they were explicitly told by Counsel for Plaintiffs that a specific minimum opening offer was a pre-requisite for Plaintiffs to agree to participate in the mediation, but then failed to actually make said offer when the mediation commenced.

8. Duchenne Muscular Dystrophy is a degenerative condition that continues to progress, making it more and more difficult for Corban Pearson to actively participate in this litigation as time goes on. In addition, people who have Duchenne Muscular Dystrophy have a significantly diminished life expectancy.

9. The determination of a civil action may be expedited so long as good cause is demonstrated, in which the factual context indicates that the request for expedited consideration has merit. 28 USC § 1657.

10. Given Corban Pearson's condition and the already protracted nature of this litigation, good cause exists for the Court to expedite these proceedings for trial and promptly resolve this matter.

11. Further delays in these proceedings will continue to cause Corban Pearson continued unwarranted stress and prejudice the Plaintiffs in effectively proceeding in this matter.

12. In an effort to aid in the expedition of this matter, Plaintiffs consent to try this matter before any Magistrate Judge and request the earliest practicable trial date.

WHEREFORE, Plaintiffs, Christin P. Pearson and Lisa Pearson, individually and as Guardians of Corban Pearson, by and through their attorneys, O'Hagan Meyer, LLC, respectfully request that this Court grant this Motion to Expedite Trial, set this matter for the earliest available trial date on the court's calendar or on that of a Magistrate Judge of the Court's choosing, and grant such other and further relief as this court deems just and proper.

Dated: September 17, 2025

>Respectfully submitted,
>
>CHRISTIN P. PEARSON, individually and as Guardian of the Estate of CORBAN PEARSON, and LISA A. PEARSON, individually and as co-Guardian of the Estate of CORBAN PEARSON.
>
>By: */s/ Bryan W. White*
>One of Plaintiffs' Attorneys

James J. O'Hagan
Kevin M. O'Hagan
Bryan W. White
O'HAGAN MEYER LLC
One E. Wacker Dr., Suite 3400

Chicago, Illinois 60601
PH: 312.422.6100
FX: 312.422.6110
johagan@ohaganmeyer.com
kohagan@ohaganmeyer.com
bwhite@ohaganmeyer.com

## **CERTIFICATE OF SERVICE**

This is to certify that on September 17, 2025, I electronically filed **PLAINTIFFS' MOTION FOR AN EXPEDITED TRIAL** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Bryan W. White
Bryan W. White
O'HAGAN MEYER LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
PH: 312.422.6100
FX: 312.422.6110
bwhite@ohaganmeyer.com