IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTIN P. PEARSON, individually and as Guardian of the Estate of CORBAN PEARSON; and LISA A. PEARSON, individually and as co-Guardian of the Estate of CORBAN PEARSON,<br><br>     Plaintiffs,<br><br>  v.<br><br>COMMUNITY UNIT SCHOOL DISTRICT 303, ANTOINETTE L. GREEN, PAM KARNICK, TERRY PRIMDAHL, and UNITED SEATING AND MOBILITY, L.L.C., a Missouri limited liability company, d/b/a NUMOTION,<br><br>     Defendants.<br><br>COMMUNITY UNIT SCHOOL DISTRICT 303 and TERRY PRIMDAHL,<br><br>     Third-Party Plaintiffs,<br><br>  v.<br><br>UNITED SEATING AND MOBILITY, L.L.C., a Missouri limited liability company, d/b/a NUMOTION,<br><br>     Third-Party Defendant | Case No. 1:20-CV-05096<br><br>Honorable John Robert Blakey |

**NOTICE OF MOTION**

To: *Counsel of Record*

  **PLEASE TAKE NOTICE** that on **September 24, 2025** at **11:00 a.m.**, or soon thereafter as counsel may be heard, we shall appear before the **Honorable Judge John Robert Blakey**, or any judge sitting in his stead in Room 1203 at 219 S Dearborn Street, Chicago, Illinois and shall present **Plaintiffs' Motion for an Expedited Trial**. A copy of which is served upon you together with this Notice.

                                                               Respectfully submitted,

                            By:      */s/ Bryan W. White*
                                              One of Plaintiffs' Attorneys

James J. O'Hagan
Kevin M. O'Hagan
Bryan W. White
Nitika Suchdev
O'HAGAN MEYER LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
PH: 312.422.6100 | FX: 312.422.6110
johagan@ohaganmeyer.com
kohagan@ohaganmeyer.com
bwhite@ohaganmeyer.com
nsuchdev@ohaganmeyer.com

Sam L. Amirante
AMIRANTE LAW OFFICES, P.C.
770 Lee Street, Suite 201
Des Plaines, Illinois 60016
PH: 847.934.7444
FX: 847.934.7474
amirantelawoffices@gmail.com

## CERTIFICATE OF SERVICE

This is to certify that on September 17, 2025, I electronically filed this **NOTICE OF MOTION** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Bryan W. White
Bryan W. White
O'HAGAN MEYER LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
PH: 312.422.6100
FX: 312.422.6110
bwhite@ohaganmeyer.com