# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Christin P. Pearson, et al.

                                                                Plaintiff,

v.                                                                 Case No.: 1:20−cv−05096

                                                                     Honorable John Robert Blakey

Community Unit School District 303, et al.

                                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 24, 2025:

      MINUTE entry before the Honorable John Robert Blakey: Motion hearing held on Plaintiff's motion to expedite trial [250] on 9/24/2025. For the reasons stated on the record, the Court grants the motion [250]. The Court sets the case for jury trial on 4/13/2026 at 9:30 a.m. in Courtroom 1203 and for final pretrial conference on 4/6/2026 at 1:30 p.m. in Courtroom 1203. The attorneys and parties shall appear at 9:00 a.m. on the date of trial to set up and resolve any issues. The parties shall file their final pretrial order and any trial−related motions in limine by 3/16/2026, and responses to motions in limine by 3/23/2026. The parties must review and comply with the Court's standing orders and procedures (including the Pretrial Memoranda/Motions in Limine (Civil) order), which are available on Judge Blakey's information page on the Court's official website: www.ilnd.uscourts.gov. Consistent with these orders, motions in limine shall be filed within a single pleading not to exceed 30 pages, with each issue separately numbered and argued within the pleading. Responses shall similarly consist of a single pleading, not to exceed 30 pages, with each issue separately addressed and listed with the same numbering as the motions in limine. No replies will be permitted absent leave of the Court. Unless otherwise directed by the Court, the parties shall come prepared to argue all motions in limine at the Final Pretrial Conference. In anticipation of trial, the parties must pre−mark all exhibits they intend to use/seek to admit at trial, exchange them by noon on 4/8/2026, and submit both a flash drive with digital copies of the exhibits and two physical binders with courtesy copies to Chambers by 9:30 a.m. on 4/13/2026. The parties should be aware that if they resolve their dispute on or after the first day of jury selection, the Court will assess juror costs. The Court will address all outstanding issues at the final pretrial conference. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please

refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.