UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.5)
Eastern Division

Christin P. Pearson, et al.
                          Plaintiff,

v.                                               Case No.: 1:20−cv−05096
                                                                 Honorable John Robert Blakey

Community Unit School District 303, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 13, 2026:

      MINUTE entry before the Honorable John Robert Blakey: Plaintiffs have asked the Court to clarify its standing order concerning motions in limine [261]. The standing order states that "ten business days prior to the Final Pretrial Conference, or on the date otherwise set by the Court, each party shall file its motions in limine within a single pleading not to exceed 30 pages, with each issue separately numbered and argued within the pleading." Here, the Court would expect to receive one set of motions from Plaintiffs, one from the District Defendants (Community Uni School District 303, Terry Primdahl, Antoinette Green, and Pam Karnick), and one from NuMotion. If, after the motions are filed, it becomes clear that any party remains unduly burdened by the motions directed at it, that party may move to extend the deadline for responses. For now, the Court declines to grant relief based upon a potential, theoretical burden. The Court grants the parties' unopposed motions to take de bene esse depositions of Dr. Steven Wolf [263] (Defendants) and of Dr. Christopher Oie, Dr. Cynthia Castiglioni, Dr. Bria Coates, Dr. Elizabeth Bello, Dr. Larissa Pavone, Mia DeRoin, CCLS, and Dr. Andrea Kramer [265] (Plaintiffs). The 3/18/26 Notice of Motion date is stricken as to all motions. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.