**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Christin P. Pearson, et al. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 1:20−cv−05096 |
| | ) | Honorable John Robert Blakey |
| v. | ) | |
| | ) | |
| Community Unit School District 303, et al. | ) | |
| | ) | |
| Defendant. | ) | |

**<u>MOTION TO WITHDRAW</u>**

NOW COMES Michael A. Schlechtweg of Buchanan, Ingersoll & Rooney, P.C. ("Movant"), and moves this Honorable Court for the entry of an order granting him leave to withdraw as attorney of record for Defendant Pamela Karnick. In support thereof, Movant states as follows:

1. Attorney Michael A. Schlechtweg previously filed an appearance on behalf of Defendant Pamela Karnick while employed at Amundsen Davis, LLC.

2. Subsequently, attorneys Michael Schlechtweg and Margaret Firnstein Gebhardt departed Amundsen Davis, LLC and joined the law firms of Buchanan, Ingersoll & Rooney, P. C. and Tressler, LLP, respectively.

3. Defendant Pamela Karnick remains represented by Ms. Firnstein Gebhardt and Tressler, LLP. Movant Michael A. Schlechtweg now seeks to withdraw his appearance on behalf of Ms. Karnick.

4. No party will be prejudiced by granting Movant's Motion to Withdraw. Granting this motion will not delay the trial of this matter.

WHEREFORE the Movant, Michael A. Schlechtweg prays this Honorable Court enter an order granting him leave to withdraw as attorney of record for Defendant Pamela Karnick, or for any other relief this Court deems just and proper.


Respectfully submitted,

/s/ Michael A. Schlechtweg_____
Michael A. Schlechtweg


Buchanan Ingersoll & Rooney, PC
150 N. Riverside Plaza, Suite 2800
Chicago, IL 60607
Phone: (312) 261-8749
Michael.Schlechtweg@bipc.com
ARDC No.: 6300784