**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

CHRISTIN P. PEARSON, individually and as )
Guardian of the Estate of CORBAN )
PEARSON; and LISA A. PEARSON, individually )
and as co-Guardian of the Estate of CORBAN )
PEARSON, )
           )
          Plaintiffs, )
           )   CASE NO. 1:20-CV-05096
     v. )
           )   Honorable John Robert Blakey
COMMUNITY UNIT SCHOOL DISTRICT 303, )
ANTOINETTE L. GREEN, PAM KARNICK, )
TERRY PRIMDAHL, and UNITED SEATING )
AND MOBILITY, L.L.C., a Missouri limited )
liability company, d/b/a NUMOTION )
           )
          Defendants. )
_____)
           )
COMMUNITY UNIT SCHOOL DISTRICT 303 )
and TERRY PRIMDAHL, )
           )
          Third-Party Plaintiffs, )
           )
     v. )
           )
UNITED SEATING AND MOBILITY, L.L.C., )
a Missouri limited liability company, d/b/a )
NUMOTION, )
           )
          Third-Party Defendant. )

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME**

NOW COME Plaintiffs, Christin P. Pearson and Lisa Pearson, individually and as the Guardians of Corban Pearson, by and through their undersigned counsel, and hereby respectfully move this Court for a brief extension of time to file their responses to Defendant/Third-Party Defendant/Third-Party Plaintiff United Seating and Mobility, LLC d/b/a Numotion's Motions in Limine Nos. 1 through 36. In support of this request, Plaintiffs state as follows.

Pursuant to the Court's scheduling order, all motions in limine were filed on March 16, 2026, and responses are due on March 23, 2026. Plaintiffs therefore received seven days to respond to the full set of motions filed by all defendants. The District Defendants filed twenty-eight motions in limine, and Numotion filed thirty-six, resulting in a combined total of sixty-four motions requiring review, analysis, and individualized responses within a single week.

Plaintiffs have worked diligently since the filing of the motions. However, the volume and breadth of the issues raised, the need to review extensive factual materials and deposition testimony, and the necessity of ensuring consistency across defendants make it impracticable to complete accurate and comprehensive responses to Numotion's thirty-six motions by the current deadline. The requested extension is modest, will not affect any other pretrial deadlines or the trial date, and will allow Plaintiffs to provide the Court with complete and organized briefing that will assist in the resolution of the evidentiary issues.

The undersigned attorney spoke with the attorney for Numotion, and there is no objection by Numotion to the granting of this motion. This request is made in good faith and not for purposes of delay. No party will be prejudiced by the short extension. Plaintiffs therefore respectfully request that the Court extend the deadline for responding to Numotion's Motions in Limine Nos. 1 through 36 from March 23, 2026 to March 30, 2026, and grant such further relief as the Court deems appropriate.

Respectfully submitted,
CHRISTIN P. PEARSON, individually and as Guardian of the Estate of CORBAN PEARSON, and LISA A. PEARSON, individually and as co-Guardian of the Estate of CORBAN PEARSON.

By: */s/ Bryan W. White*
One of Plaintiffs' Attorneys

James J. O'Hagan
Kevin M. O'Hagan
Paige Manley Canepari
Bryan W. White
Nitika Suchdev
O'HAGAN MEYER LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
PH: 312.422.6100
FX: 312.422.6110
johagan@ohaganmeyer.com
kohagan@ohaganmeyer.com
pcanepari@ohaganmeyer.com
bwhite@ohaganmeyer.com

## **CERTIFICATE OF SERVICE**

This is to certify that on March 23, 2026, I electronically filed **Plaintiff's Motion for Extension of Time** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

/s/ Bryan W. White
Bryan W. White
O'HAGAN MEYER LLC
One E. Wacker Dr., Suite 3400
Chicago, Illinois 60601
PH: 312.422.6100
FX: 312.422.6110
bwhite@ohaganmeyer.com