## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Christin P. Pearson, et al.

Plaintiff,

v.

Case No.: 1:20–cv–05096
Honorable John Robert Blakey

Community Unit School District 303, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 27, 2026:

MINUTE entry before the Honorable John Robert Blakey: For the reasons explained in the accompanying memorandum and order, this Court denies Plaintiffs' motion to strike the affirmative defenses asserted by the Board Defendants [191] and Defendant Green [192], and grants in part, and denies in part, Plaintiffs' motion to strike the affirmative defenses asserted by Defendant Numotion [193]; The Court also grants in part, and denies in part, Plaintiffs' motions for summary judgment as to the Board Defendants [196] and Defendant Green [197] and denies Plaintiffs' motion for summary judgment as to Defendant Karnick [198]; The Court grants in part, and denies in part, the District Defendants' motion for summary judgment [199] and Numotion's motion for summary judgment [189]. Enter Order. As discussed in the order, Plaintiffs shall come to the Final Pretrial Conference on 4/6/2026 prepared to support their IDEA claim. Additionally, within seven days of entry of this order, the parties shall file a joint status report indicating whether they are interested in a settlement conference with the Court. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.