**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)**
**Eastern Division**

Christin P. Pearson, et al.

                                    Plaintiff,

v.                                                   Case No.: 1:20–cv–05096
                                                   Honorable John Robert Blakey

United Seating and Mobility LLC, et al.

                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 7, 2026:

        MINUTE entry before the Honorable John Robert Blakey: The Court grants in part and denies in part the Third–Party Defendant United Seating and Mobility LLC's motion to continue trial or for leave to file supplemental motions in limine [293]. The motion to continue trial is denied but United Seating and Mobility LLC may file supplemental motions in limine (up to 10 pages) by 4/8/2026 at 5:00 p.m. The 4/9/2026 pretrial conference and 4/13/2026 jury trial stand. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.