## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Christin P. Pearson, et al.

                                        Plaintiff,

v.                                                          Case No.: 1:20–cv–05096
                                                            Honorable John Robert Blakey

United Seating and Mobility LLC, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 9, 2026:

        MINUTE entry before the Honorable John Robert Blakey: Case called for pretrial conference on 4/9/2026. The remaining parties indicate they have reached a settlement. The Court grants the motion for settlement [296] and makes the finding that the settlement between the Plaintiffs and Numotion was made in good faith. Claims regarding Defendants Community Unit School District 303, Antoinette L. Green, Pam Karnick, and Terry Primdahl have been previously dismissed pursuant to the Court's prior orders of 4/6/2026 [292], and 3/27/26 [284]. All matters having been resolved, this case is dismissed without prejudice as to all claims and all parties under Rule 41(a). Absent reinstatement by 6/5/26, this dismissal shall automatically convert to a dismissal with prejudice. The Court strikes all set dates and deadlines and terminates all pending motions as moot. Civil case terminated. Mailed notice. (evw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.